# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE GONZALO P. CURIEL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAMON MACEDONIA MARQUEZ-GARCIA<br><br>　　　　　Defendant. | Case No. 23CR0717-GPC<br>Case No. 20CR3431-GPC<br><br>**ORDER CONTINUING SENTENCING HEARING AND FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE**<br><br>[Case No. 23CR0717 ECF No. 37]<br>[Case No. 20CR3431 ECF No. 72] |

　　　Pursuant to joint motion, **IT IS HEREBY ORDERED** that the *Sentencing Hearing* and *Final Hearing Re Revocation Of Supervised Release* in the above-mentioned cases should be continued from January 16, 2024 at 8:30 a.m. to February 20, 2024 at 8:30 a.m. Time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(D), and (h)(7)(A).

　　　**SO ORDERED.**

Dated:  January 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge